# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-04-00436-CR

**Robert Hernandez, Appellant**

**v.**

**The State of Texas, Appellee**

## FROM THE DISTRICT COURT OF BELL COUNTY, 27TH JUDICIAL DISTRICT
## NO. 55790, HONORABLE C. W. DUNCAN, JR., JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Appellant's first amended motion to dismiss this appeal is granted.  *See* Tex. R. App. P. 42.2(a).  The appeal is dismissed.

_____

David Puryear, Justice

Before Justices B. A. Smith, Puryear and Pemberton

Dismissed on Appellant's Motion

Filed:   January 24, 2005

Do Not Publish